IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
JAN 0 2 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$12,000.00 IN U.S. CURRENCY; and 2013 CHEVROLET CAMARO SS,<br><br>Defendants. | CV 16–38–M–DLC<br><br>ORDER |

The United States of America having filed an Unopposed Motion to Dismiss the above captioned cause,

IT IS ORDERED that the Motion (Doc. 25) is GRANTED. The above-captioned cause is DISMISSED. All pending motions are MOOT and all deadlines are VACATED.

DATED this 2nd day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-